**LOPEZ, BARK & SCHULZ LLP**
Michael E. Lopez (SBN 214937)
  *mlopez@lbslawyers.com*
Brian Z. Bark (SBN 217514)
  *bbark@lbslawyers.com*
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 383-9585
Facsimile:  (714) 242-1544

Attorneys for Plaintiff,
AMALFI DÉCOR, LLC

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMALFI DÉCOR, LLC., a California Limited Liability Corporation,<br><br>    Plaintiff.<br><br>  v.<br><br>OPULENT TREASURES, INC., a California Corporation; CAROL WILSON, an individual; and DOES 1 TO 10, inclusive,<br><br>    Defendants. | Case No. 2:16−cv−08802 TJH (SSx)<br><br>Honorable Terry J. Hatter, Jr.<br>Courtroom No. 9B<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  November 28, 2016<br>Case Closed:        June 6, 2018 |

Pursuant to the parties' June 28, 2018 settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this entire action **with prejudice**, with each party to bear its own costs, attorney fees, and expenses.

The Court having ordered this matter dismissed without prejudice on June 6, 2018, it is respectfully requested that the dismissal be entered as to the entire matter (including all Complaints and Counterclaims) with prejudice.

Respectfully submitted,

Dated: August 1, 2018         LOPEZ, BARK & SCHULZ LLP

By: ___**/S/ *Michael E. Lopez***___
Michael E. Lopez
Attorneys for Plaintiff, Amalfi Décor, LLC

Dated: August 1, 2018         BLAKELY LAW GROUP

By: ___**/S/ *Jessica C. Covington***___
Jessica C. Covington
Attorneys for Defendant, Opulent Treasures, Inc.

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from Jessica C. Covington.

Dated: August 1, 2018            LOPEZ, BARK & SCHULZ LLP

By:     **/S/ *Michael E. Lopez***
Michael E. Lopez
Attorneys for Plaintiff, Amalfi Décor, LLC

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 Spectrum Center Drive, Suite 1550, Irvine, CA 92618.

On August 1, 2018, I served the foregoing document described as **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; and [PROPOSED] ORDER** on each interested party, as stated below or on the attached service list.

**Attorneys for Defendants and Counter-Claimants, Opulent Treasures, Inc. and Carol Wilson**

| | |
|---|---|
| BLAKELY LAW GROUP<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, CA 90266<br>(310) 546-7400 phone<br>(310) 546-7401 fax | Brent H. Blakely (SBN 157292)<br>*bblakely@blakelylawgroup.com*<br>Jessica C. Covington (SBN 301816)<br>*jcovington@blakelaylawgroup.com* |

☐ BY OVERNIGHT DELIVERY SERVICE: I served the foregoing document(s) by an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages and deposited them in a box designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

☐ BY MAIL SERVICE: I served the foregoing document(s) by mail by placing a true and correct copy thereof in sealed envelopes to the parties to be served as stated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC MAIL SERVICE: I served the above documents by electronically filing them with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action listed above are registered CM/ECF users and will be served by the CM/ECF system.

Executed on August 1, 2018, at Irvine, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Darlene Fuertes | /S/ *Darlene Fuertes* |
|---|---|
| (Type or print name) | (Signature) |